AO 91 (Rev. 11/11)  Criminal Complaint

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

**FILED**
Jul 01 2024
ARTHUR JOHNSTON, Clerk

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| United States of America | ) |
|---|---|
| v. | ) |
| DAVID SCOTT LOVE, IV | ) Case No. 1:24-mj- 560 |
| | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 18, 2024__ in the county of __Harrison__ in the __Southern__ District of __MS, Southern Division__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 922(g)(1) | Possession of a Firearm by a Convicted Felon |

This criminal complaint is based on these facts:
See affidavit attached hereto and incorporated herein

☑ Continued on the attached sheet.

_____
Complainant's signature

Shane Lynes, Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: 7/1/24

_____
Judge's signature

City and state: Gulfport, Mississippi     Robert P. Myers, Jr., United States Magistrate Judge
Printed name and title

## **AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Shane Lynes, being duly sworn, do hereby depose and state that the following is true and correct to the best of my knowledge:

## **PURPOSE OF AFFIDAVIT**

1. I am a Special Agent with the United States Department of Justice, Bureau of Alcohol, Tobacco Firearms and Explosives ("ATF"). I have been so employed since October 2007. I am currently assigned to the Gulfport, Mississippi Field Office. As an ATF Special Agent, I am responsible for conducting investigations of federal firearms laws, explosives laws and arson laws. I am a graduate of St. Leo University, the South Carolina Criminal Justice Academy, the Federal Law Enforcement Training Center, Criminal Investigator Training Program and the ATF National Academy, Special Agent Basic Training School.

2. During my tenure with ATF, I have been involved in various degrees and capacities with numerous investigations. These investigations have involved the illegal possession of firearms by prohibited persons, the possession and use of firearms by narcotics traffickers, illegal sale, or possession of machineguns and short-barrel shotguns or rifles, arsons of structures which affect interstate commerce, the manufacturing and dealing of firearms without a license, and the manufacturing, possession, and/or use of illegal explosive devices. A number of these investigations have included conspiratorial relationships between multiple defendants and generally involved a series or pattern of criminal activities or multiple criminal schemes. I have also participated in a number of investigations, which were conducted under a wide range of jurisdictions.

3. Because this affidavit is being submitted for establishing probable cause to support issuing a criminal complaint, I have not included every fact known to me concerning this investigation. I have submitted only those facts and circumstances that I believe are necessary to establish probable cause to

support the issuance of a criminal complaint.

4. The information contained in this affidavit is known to me, Agent Lynes, personally through my examination of various reports, evidence, records and/or is based on information that has been relayed to me by other law enforcement officers or individuals, as indicated below. I state the following:

5. On June 18, 2024, Biloxi Police Department Officers responded to a welfare check on I-10 westbound near mile marker 41 in reference to two people laying on the side of the road. Upon arrival, no one was located but two persons (David Scott Love, IV and Female # 1) were found walking eastbound on the north side of the I-10 westbound lanes. As the Officer attempted to contact Love and Female # 1, Love began running and pulling Female # 1 by her hair yelling, "run they're going to kill us."

6. Another Police Officer arrived on scene and Love was seen by law enforcement holding a Harrington and Richardson shotgun in his right hand. Love obeyed police commands and dropped the firearm and was placed under arrest. When Love dropped the firearm, he immediately placed his hand on top of his head and stated, "they are going to kill us."

7. A search incident to arrest yielded approximately 11.8 grams of suspected methamphetamine located in a clear plastic bag within Love's pants pocket along with brass knuckles found in a backpack Love was wearing. The suspected methamphetamine tested positive via a field test kit as methamphetamine.

8. On June 18, 2024, this affiant photographed and examined the shotgun, and it was found to be a weapon made from a shotgun due to the barrel length being less than 18 inches.

9. On June 21, 2024, this affiant interviewed Love. During the post-Miranda interview, Love admitted his fingerprints would be on the shotgun because he was holding it when the Police took it from him.

10. On June 26, 2024, this affiant reviewed records that revealed Love has previously been convicted of a crime punishable by imprisonment for a term exceeding one year. Records from Escambia

County, Florida show that Love was convicted of Burglary in 2002 and received a sentence of two years followed by 3 years' probation.

11. Based on my training and experience, I know the above firearm was not manufactured in the state of Mississippi. Therefore, this firearm has moved in or affected interstate commerce to be in Mississippi.

12. The amended Gun Control Act of 1968 (GCA), defines "firearm" to include- "…any weapon (including a starter gun) which will or is designed to or may readily be converted to expel a projectile by the action of an explosive… [and] …the frame or receiver of any such weapon…" (See 18 U.S.C. 921(a)(3)).

13. Pursuant to Title 18 U.S.C. 922(g)(1), it is unlawful for any person who has been convicted in any court of, a crime punishable by imprisonment for a term exceeding one year to knowingly possess a firearm or ammunition which has been shipped or transported in interstate or foreign commerce.

14. Based upon the foregoing information, my training and experience, I submit this information supports probable cause to believe David Scott Love, IV violated Title 18, United States Code, Section 922(g)(1), in that on or about the 18th day of June, 2024, in the Southern District of Mississippi, in that David Scott Love, IV, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that has moved in or affected interstate commerce.

_____
Shane Lynes
Special Agent, US Department of Justice
Alcohol, Tobacco, Firearms &Explosives

Sworn and subscribed before me this __15__ day of June 2024.

_____
United States Magistrate Judge