IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.          CRIMINAL NO. 1:24-mj-00560-RPM

DAVID SCOTT LOVE, IV

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Now comes Todd W. Gee, United States Attorney, in and for the Southern District of Mississippi, and respectfully represents:

That, DAVID SCOTT LOVE, IV, Booking # 460934, is presently in custody of the Warden of Harrison County Adult Detention Center, Gulfport, Mississippi, and is a defendant in this cause, and said defendant's presence is required in the Southern District of Mississippi at Gulfport, Mississippi, on July 9, 2024 at 10:30 a.m., for certain proceedings in regard to the above-mentioned criminal action wherein this person is a defendant.

WHEREFORE, premises considered, petitioner prays that a Writ of Habeas Corpus Ad Prosequendum issue directing the Warden of Harrison County Adult Detention Center, Gulfport, Mississippi, to deliver the body of, DAVID SCOTT LOVE, IV, Booking # 460934, to any United States Marshal, or his deputy or any authorized law enforcement officer, and have said defendant there on July 9, 2024 at 10:30 a.m., for certain proceedings and thereafter at such times and places as required by the Court until the case is disposed of, and thereafter any United States Marshal, or his deputy or any authorized law enforcement officer, shall return the defendant to the Warden aforesaid under safe and secure conduct.

And your petitioner further prays for such other and further orders as may be necessary in the premises.

Date: July 1, 2024	Respectfully submitted,

TODD W. GEE
United States Attorney

By:  *s/ Lee Smith*
Lee Smith
Assistant United States Attorney
Mississippi Bar No. 106061
1575 20th Avenue, 2nd Floor
Gulfport, MS 39501
Telephone No.: (228) 563-1560
Facsimile No.: (228) 563-1571
Email: Lee.Smith@usdoj.gov