IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.                                      CRIMINAL NO. 1:24-mj-00560-RPM

DAVID SCOTT LOVE, IV

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

This cause coming on for hearing on petition of the United States Attorney for a Writ of Habeas Corpus Ad Prosequendum, and it appearing to the Court that the defendant, DAVID SCOTT LOVE, IV, Booking # 460934, is in custody of the Warden of Harrison County Adult Detention Center, Gulfport, Mississippi, and it further appearing to the Court that an orderly administration of justice requires the production of the defendant, for certain proceedings in regard to the above-mentioned criminal action wherein this person is a defendant.

IT IS, THEREFORE, ORDERED that the Writ of Habeas Corpus Ad Prosequendum be granted and that the Clerk of the United States District Court for the Southern District of Mississippi be and is hereby ordered and directed to issue a Writ of Habeas Corpus Ad Prosequendum to be served on the Warden of Harrison County Adult Detention Center, Gulfport, Mississippi, aforesaid for delivery of the defendant, to any United States Marshal, or his deputy or any authorized law enforcement officer, to have the defendant before the United States District Court for the Southern District of Mississippi at Gulfport, Mississippi on July 9, 2024 at 10:30 a.m., for certain proceedings and all other times required, and that the defendant remain there until disposition of proceedings, as may be required by the Court, after which any United States Marshal, or his deputy or any authorized law enforcement officer, shall return the defendant to the Warden of aforesaid.

IT IS FURTHER ODERED that the Clerk's Office shall provide the U.S. Attorney's Office and the U.S. Marshal's Service with filed copies of the petition, this order and writ.

ORDERED this the 1st day of July 2024.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE